No. 71–1597. FEDERAL POWER COMMISSION *v.* GREENE COUNTY PLANNING BOARD ET AL. C. A. 2d Cir. Certiorari denied. 

No. 71–1600. UNION CAMP CORP. *v.* DYAL ET AL. C. A. 5th Cir. Certiorari denied. 

No. 71–1606. KARLIN *v.* AVIS ET AL. C. A. 2d Cir. Certiorari denied. 

No. 71–1609. REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* KARST ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–1610. MEHRTENS, U. S. DISTRICT JUDGE *v.* PROTECTIVE COMMITTEE FOR INDEPENDENT STOCKHOLDERS OF TMT TRAILER FERRY, INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 71–1611. W. R. BEAN & SON, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. 

No. 71–1615. KNAPP ET UX. *v.* MIAMI MEMORIAL PARK, INC., ET AL. Sup. Ct. Fla. Certiorari denied.

No. 71–1619. BAKER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 71–1621. ESTATE OF MONTGOMERY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. 

No. 71–1622. HOLLAND *v.* HOLLAND. Sup. Ct. Ohio. Certiorari denied.

No. 71–1629. EDWARDS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.